**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

# LITA ROSARIO, PLLC

529 14th STREET, NW, SUITE 952
WASHINGTON, DC 20045
Phone (202) 628-1092
Fax (703) 995-4345
lita.rosario@wyzgirl.com

November 24, 2020

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    **Re:**    <u>Del Valle v. Jelly's Jam, LLC, 20-cv-8276 (VEC)</u>

Dear Judge Caproni:

Counsel for Plaintiff Arlene Del Valle d/b/a Dooch Music ("Plaintiff"), Lita Rosario-Richardson, Esq. and counsel for Defendant Jelly's Jams, LLC ("Jelly's Jams"), Brian Caplan, Esq. of Reitler Kailas & Rosenblatt LLC, submit this joint request for an adjournment of the Initial Conference Scheduled for December 4, 2020, until January 15, 2020, and the associated time for filing the Joint Letter and Case Management Plan and Scheduling Order, until January 4, 2020, as the parties are in settlement discussions and have a reasonable expectation that this matter will settle without further litigation.   There have not been any previous requests for an extension of time.  This request is being made more than 48 hours before the scheduled date for the initial conference of December 4, 2020. [ECF # 3]

Jelly's Jams was served on November 10, 2020 [ECF# 6] and their response is not yet due. In addition, Mr. Caplan is still in the process of being retained by Defendant Jelly's Jams.

Respectfully submitted,

*Lita Rosario*

Lita Rosario, Esq.

*Brian Caplan*

Brian Caplan, Esq.

Application GRANTED.  Should the parties fail to settle this matter, the Court will hold an IPTC on **January 15, 2021, at 2:00 p.m.**  The parties' joint letter and proposed Case Management Plan are due not later than **January 7, 2021**.

SO ORDERED.

*Valerie Caproni*
11/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1