# MEMO ENDORSED

# LITA ROSARIO, PLLC

**529 14th STREET, NW, SUITE 952**
**WASHINGTON, DC 20045**
**Phone (202) 628-1092**
**Fax (703) 995-4345**
lita.rosario@wyzgirl.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2021

January 25, 2021

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    Del Valle v. Jelly's Jam, LLC, 20-cv-8276 (VEC)

Dear Judge Caproni:

      Counsel for Plaintiff Arlene Del Valle d/b/a Dooch Music ("Plaintiff"), Lita Rosario-Richardson, Esq., counsel for Defendant Jelly's Jams, LLC ("Jelly's Jams" ), Brian Caplan, Esq., submit this joint letter to advise this Court that the parties prefer the Court so-order the proposed Case Management Plan without holding an IPTC.

Respectfully submitted,

*Lita Rosario*

/s/ Lita Rosario, Esq.                                                   /s/ Brian Caplan, Esq.

The January 29, 2021 IPTC is CANCELED. The Court has entered a Case Management Plan by separate order. Pursuant to the parties' preference as articulated in their proposed Case Management Plan, the Court has also referred this matter to the Court's mediation program.

SO ORDERED.

*Valerie Caproni*
1/26/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1