```
                                                            USDC SDNY
                                                            DOCUMENT
UNITED STATES DISTRICT COURT                                ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                               DOC #:_____
-------------------------------------------------------------X   DATE FILED:   3/18/2021
  ARLENE DEL VALLE, individually and d/b/a       :
  DOOCH MUSIC,                                   :
                                                 :
                               Plaintiff,        :          20-CV-8276 (VEC)
                                                 :
                 -against-                       :          ORDER
                                                 :
  JELLY'S JAM, LLC,                              :
                                                 :
                               Defendant.        :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2021 (Dkt. 22), this Court received a final report from the

Mediator indicating that the parties reached an agreement in principle resolving all issues after

court-ordered mediation;

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other

deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to

terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case.  Any such

application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good

cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their

settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement

agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  March 18, 2021**
**       New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**